IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

JAN - 6 2017

LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

ROBERT JOHNSON

v.

WARDEN WINGARD, et al.

CIVIL ACTION

NO. 16-6174

## ORDER

AND NOW, this 6th day of January , 2017 upon careful and

independent consideration of the pleadings and record herein, and after review of the Report and

Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **TRANSFERRED** to the United

States District Court for the Middle District of Pennsylvania; and

3. A certificate of appealability is not granted.

BY THE COURT:

JOSEPH F. LEESON, JR.,   J.